## MICHAEL PENTINO *vs.* JOSEPH GALLO ET AL.

Third Judicial District, Bridgeport, October Term, 1922.
WHEELER, C. J., CURTIS, BURPEE, KEELER and WEBB, Js.

A real-estate broker who undertakes to negotiate an exchange of prop-
erties does not earn his commission unless the terms of the trade
are authorized, agreed to, or ratified by the respective owners of
the two properties.

In the present case it did not appear that a wife, who owned one of the
properties, assented to or ratified the terms of the proposed trade,
although her husband agreed to and favored the exchange. *Held*
that under these circumstances the broker was not entitled to his
commission.

Argued October 24th—decided October 27th, 1922.

ACTION to recover for services rendered in arranging
for an exchange of the defendants' farm for city prop-
erty, brought to the Superior Court in New Haven
County where the plaintiff was nonsuited in a trial to
the jury before *Kellogg, J.*, and from the refusal of the
trial court to set aside such judgment the plaintiff
appealed. *No er or.*

*Frank P. McEvoy*, for the appellant (plaintiff).

*Charles W. Bauby*, for the appellees (defendants).

PER CURIAM.   The plaintiff seeks to recover upon
his agreement with defendants for his services in effect-
ing a trade of defendants' property.  He offered evi-
dence tending to prove that he procured Paul M.
Rosengarten, who offered to trade a certain farm for
defendants' property, and that defendants and Rosen-
garten agreed upon the terms of said trade.  The plain-
tiff failed to offer evidence that the owner of this farm,

Pauline Rosengarten, wife of said Paul M. Rosengarten, ever agreed to the trade, or authorized her husband to make it, or ratified it. The plaintiff therefore failed to carry out his agreement to produce a customer ready, able and willing to complete the trade in conformity to the terms of his contract of employment, and the judgment of nonsuit was not erroneous.

There is no error.